JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA MONTOYA,<br><br>    Plaintiff,<br><br>    v.<br><br>AMML CORPORATION dba COMFORT SUITES; YOUN KYU CHANG; MIJUNG CHANG<br><br>    Defendants. | Case No. 5:22-cv-00279-JGB-(KKx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

## ORDER

Pursuant to the stipulation of the Parties, and for good cause shown, IT IS SO ORDERED.  This matter is dismissed with prejudice

Dated:  March 3, 2023

_____
Honorable Jesus G. Bernal
U.S. District Court Judge